1102

No. 80–6758. MILLER v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Johnson*, 457 U. S. 537 (1982).

No. 81–261. MEACHUM ET AL. v. LONGVAL. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Goodwin*, 457 U. S. 368 (1982).

No. 81–835. IRON ARROW HONOR SOCIETY v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *North Haven Board of Education* v. *Bell*, 456 U. S. 512 (1982). JUSTICE BRENNAN, JUSTICE WHITE, JUSTICE MARSHALL, and JUSTICE BLACKMUN dissent.

No. 81–1134. ASHCROFT, ATTORNEY GENERAL OF MISSOURI v. NATIONAL ORGANIZATION FOR WOMEN, INC. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Nixon* v. *Fitzgerald*, 457 U. S. 731, 741–743 (1982).

No. 81–1580. SANBORN ET AL. v. WOLFEL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harlow* v. *Fitzgerald*, 457 U. S. 800 (1982). See *Butz* v. *Economou*, 438 U. S. 478, 504 (1978) (deeming it "untenable to draw a distinction for purposes of immunity law between suits brought against state officials under [42 U. S. C.] § 1983 and suits brought directly under the Constitution against federal officials").